No. 445. POSEY *v.* INDIANA. November 16, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Criminal Court, Lake County, Indiana is denied for the reason that it does not appear from the papers submitted that petitioner has exhausted state remedies by appealing to the highest court of the state the judgment sought to be reviewed. Under the law of Indiana the permission of the trial court to appeal as a poor person, which petitioner alleges was refused, does not appear to be necessary in order to take an effective appeal (see *State ex rel. Rankin* v. *Worden,* 40 N. E. 2d 970). *Winston Posey, pro se.*

No. 6. SCHULTZ *v.* HUDSPETH, WARDEN. November 16, 1942. The motion for leave to proceed *in forma pauperis* is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Charles Schultz, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. W. Marvin Smith* for respondent.

No. —, Original. Ex PARTE CECIL WRIGHT. See *ante,* p. 599.